UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY ALEXANDER,

    Plaintiff,

  v.

Case No. 2:09-cv-13409

HON. SEAN F. COX

M.R. MANAGEMENT CO. LLC,
M.R. MANAGEMENT COMPANY, a limited
Partnership d/b/a WESTWOOD PARK
APARTMENTS, GARY RAMBOW, SUDS N'
MORE, LLC, and WILLIAM WILLIAMS,

    Defendants.

_____/

| | |
|---|---|
| SHOULTS, PICARD & BROOKS, LLP<br>Attorney for Plaintiff<br>BY: HEATHER BROOKS-SZACHTA (P57624)<br>441 Clay Street<br>Lapeer, MI 48446<br>(810) 664-9534<br>hbrooks@lapeerlegal.com | DANIEL VAN NORMAN (P34222)<br>EARL H. MORGAN (P24096)<br>Attorneys for Defendant Williams<br>385 W. Nepessing Street<br>Lapeer, MI 48446<br>(810) 667-9908<br>danielvannorman@chartermi.net |
| CARL M. RISEMAN (P19465)<br>Attorney for Defendant Suds N' More<br>407 Clay Street<br>Lapeer, MI 48446<br>(810) 664-5921<br>criseman@taylorbutterfield.com | JEFFREY BULLARD (P36567)<br>ALFRED A. AVERY, JR. (P54421)<br>Attorneys for Defendants M.R.<br>Management, Rambow<br>1869 East Maple Road<br>Troy, MI 48083<br>jbullard@oaspc.com<br>aavery@oaspc.com |

_____/

## MOTION FOR LEAVE TO AMEND WITNESS LIST

Plaintiff asks, for the reasons set forth in the accompanying brief, that this Honorable Court permit her to amend the Witness List previously filed in this matter.

PREPARED BY:

Dated: September 9, 2010 /s/ Heather Brooks
Shoults, Picard & Brooks
By: Heather Brooks (P57624)
Attorney for Plaintiff
441 Clay Street
Lapeer, Michigan 48446
(810) 664-4321

### CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, September 9, 2010, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to the following: Carl M. Riseman, Alfred Avery, Jeffery Bullard, Earl Morgan, and Daniel Van Norman.

/s/ Renee Picard
Renee Picard

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KIMBERLY ALEXANDER,

       Plaintiff,

  vi.

Case No. 2:09-cv-13409

HON. SEAN F. COX

M.R. MANAGEMENT CO. LLC,
M.R. MANAGEMENT COMPANY, a limited
Partnership d/b/a WESTWOOD PARK
APARTMENTS, GARY RAMBOW, SUDS N'
MORE, LLC, and WILLIAM WILLIAMS,

      Defendants.

_____/

| | |
|---|---|
| SHOULTS, PICARD & BROOKS, LLP<br>Attorney for Plaintiff<br>BY: HEATHER BROOKS-SZACHTA (P57624)<br>441 Clay Street<br>Lapeer, MI 48446<br>(810) 664-9534<br>hbrooks@lapeerlegal.com | DANIEL VAN NORMAN (P34222)<br>EARL H. MORGAN (P24096)<br>Attorneys for Defendant Williams<br>385 W. Nepessing Street<br>Lapeer, MI 48446<br>(810) 667-9908<br>danielvannorman@chartermi.net |
| CARL M. RISEMAN (P19465)<br>Attorney for Defendant Suds N' More<br>407 Clay Street<br>Lapeer, MI 48446<br>(810) 664-5921<br>criseman@taylorbutterfield.com | JEFFREY BULLARD (P36567)<br>ALFRED A. AVERY, JR. (P54421)<br>Attorneys for Defendants M.R. Management, Rambow<br>1869 East Maple Road<br>Troy, MI 48083<br>jbullard@oaspc.com<br>aavery@oaspc.com |

_____/

## BRIEF IN SUPPORT OF
## PLAINTIFF'S MOTION FOR LEAVE TO AMEND WITNESS LIST

In support of Plaintiff's Motion for Leave to Amend Witness List, Plaintiff states as follows:

On July 7, 2010, pursuant to this Court's scheduling order, counsel for Plaintiff filed her Witness List.

Plaintiff named in paragraph 23 of her witness list "[a]ll witnesses necessary for rebuttal purposes." In addition, Plaintiff stated in paragraph 24 of her witness list that she "reserves the right to name and call such other witnesses as may be necessary to rebut claims or allegations hereafter discovered through ongoing discovery."

On or about September 1, 2010, counsel for Plaintiff was approached by a former employee of Defendant Suds N More, Rachel Woodward, with information concerning acts of sexual harassment that took place at both Suds N More and Westwood Apartments.

Counsel for Plaintiff had no way of knowing of the existence of Ms. Woodward prior to her approaching counsel.

Plaintiff's counsel has also been provided the name of another former employee of Suds N More, Cecilia Albrecht, who may have information relevant to this cause of action but as of the date of the filing of this motion has been unable to confirm as such.

Despite the fact that the deadline for discovery in this matter was August 7, 2010, Plaintiff will stipulate to an order allowing Defendant's to depose the above named witnesses if they so choose.

Furthermore, because trial in this matter is not scheduled to begin until March/April of 2011, and the addition of the above witnesses is not expected to delay trial. Thus, there is no prejudice to any party or to the Court in permitting this amendment.

WHEREFORE, for the reasons set forth herein, Plaintiff requests that the court permit the amendment of her witness list to add Cecilia Albrecht and Rachel Woodward.

RESPECTFULLY SUBMITTED BY:

Dated: September 9, 2010

/s/ Heather Brooks
Shoults, Picard & Brooks
By: Heather Brooks (P57624)
Attorney for Plaintiff
441 Clay Street
Lapeer, Michigan 48446
(810) 664-4321

## **CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, September 9, 2010, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to the following: Carl M. Riseman, Alfred Avery, Jeffery Bullard, Earl Morgan, and Daniel Van Norman.

/s/ Renee Picard  
Renee Picard