KIMBERLY ALEXANDER,

    Plaintiff,

vs.                                            CASE NO. 2:09-cv-13409
                                                  HON. MARK A. GOLDSMITH

M.R. MANAGEMENT CO. LLC, M.R. MANAGEMENT
COMPANY, a limited partnership d/b/a WESTWOOD
PARK APARTMENTS, GARY RAMBOW, SUDS
N' MORE, LLC, and WILLIAM WILLIAMS,

    Defendants.
_____/

| | |
|---|---|
| HEATHER BROOKS-SZACHTA (P57624) | CARL M. RISEMAN (P19465) |
| Attorneys for Plaintiff | Attorney for Defendant Suds N' More |
| 441 Clay Street | 407 Clay Street |
| Lapeer, MI 48446 | Lapeer, Michigan 48446 |
| (810) 664-9534 | (810) 664-5921 |
| hbrooks@lapeerlegal.com | criseman@taylorbutterfield.com |
| | |
| EARL H. MORGAN, JR. (P24096) | JEFFREY BULLARD (P36567) |
| DANIEL VAN NORMAN (P34222) | ALFRED A. AVERY, JR. (P54421) |
| Attorney for Defendant Williams | Attorney for Defendants M.R. |
| 385 W. Nepessing Street | Management, Rambow |
| Lapeer, MI 48446 | 1869 East Maple Road |
| (810) 664-9908 | Troy, Michigan 48083 |
| danielvannorman@chartermi.net | jbullard@oaspc.com |
| | aavery@oaspc.com |

## **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND WITNESS LIST**

      This matter having come before the Court pursuant to Plaintiff's Motion for Leave to Amend Witness List, oral argument having been heard and the Court being otherwise apprised of the premise:

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Amend Witness List is granted for the reasons stated upon the record.

      **IT IS FURTHER ORDERED** that the depositions of the newly added witnesses take place within fourteen (14) days of November 12, 2010.

**IT IS FURTHER ORDERED** that within seven (7) days of November 12, 2010 Plaintiff's counsel is to provide a written synopsis of the expected testimony of witnesses Woodward and Albrecht.

**IT IS FURTHER ORDERED** that Defendants will be allowed an additional thirty (30) days for follow up discovery after the depositions are held of the two newly added witnesses.

Dated: November 17, 2010
            s/Mark A. Goldsmith
            MARK A. GOLDSMITH
            United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 17, 2010.

            s/Deborah J. Goltz
            DEBORAH J. GOLTZ
            Case Manager

Stipulated as to form:

| | |
|---|---|
| By: /s/ *Heather Brooks-Szachta*<br>HEATHER BROOKS-SZACHTA (P57624)<br>Attorneys for Plaintiff<br>441 Clay Street<br>Lapeer, MI 48446<br>(810) 664-9534<br>hbrooks@lapeerlegal.com | By: /s/ *Carl M. Riseman*<br>CARL M. RISEMAN (P19465)<br>Attorney for Defendant Suds N' More<br>407 Clay Street<br>Lapeer, Michigan 48446<br>(810) 664-5921<br>criseman@taylorbutterfield.com |
| By: /s/ *Earl H. Morgan, Jr.*<br>EARL H. MORGAN, JR. (P24096)<br>DANIEL VAN NORMAN (P34222)<br>Attorney for Defendant Williams<br>385 W. Nepessing Street<br>Lapeer, MI 48446<br>(810) 664-9908<br>danielvannorman@chartermi.net | By: /s/ *Alfred A. Avery, Jr.*<br>JEFFREY BULLARD (P36567)<br>ALFRED A. AVERY, JR. (P54421)<br>Attorney for Defendants M.R. Management, Rambow<br>1869 East Maple Road<br>Troy, Michigan 48083<br>jbullard@oaspc.com<br>aavery@oaspc.com |

## PROOF OF SERVICE

I hereby certify that on November 15, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and served all counsel of record with the same pursuant to ECF Policies and Procedures Rule 11 at the email addresses below:

Heather Brooks-Szachta, attorney for Plaintiff at: hbrooks@lapeerlegal.com

Carl M. Riseman, attorney for Defendant Suds N' More at:

criseman@taylorbutterfield.com

Earl H. Morgan, attorney for Defendant Williams at: sdrucker@honigman.com

| | |
|---|---|
| HEATHER BROOKS-SZACHTA<br>392 W. Nepessing Street<br>Lapeer, MI 48446 | EARL H. MORGAN, JR. (P24096)<br>385 W. Nepessing Street<br>Lapeer, MI 48446 |
| CARL M. RISEMAN (P19465)<br>407 Clay Street<br>Lapeer, MI 48446 | |

| | |
|---|---|
| Dated: November 15, 2010 | By: /s/ Alfred A. Avery, Jr.<br>JEFFREY BULLARD (P36567)<br>ALFRED A. AVERY, JR. (P54421)<br>Attorney for Defendants M.R. Management, Rambow<br>1869 E. Maple Road<br>Troy, MI 48083<br>(248) 362-3707<br>jbullard@oaspc.com |